# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00296-CV

**In re LaDelle Abilez**

**K. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-FM-14-002010, THE HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of K. G. The subject of this proceeding is court reporter LaDelle Abilez, who has failed to comply with this Court's order to file the reporter's record.

On May 28, 2015, we ordered Abilez to file the record by June 8, 2015, and cautioned her that failure to file the record by that date could require her to show cause why she should not be held in contempt of court.

Therefore, it is hereby ordered that LaDelle Abilez shall appear in person before this Court on Wednesday, June 24, 2015, at 3:00 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions

imposed for her failure to obey our May 28, 2015 order.  This order to show cause will be withdrawn and Abilez will be relieved of her obligation to appear before this Court as ordered above if the Clerk of the Court receives the complete reporter's record on or before Monday, June 22, 2015.

It is ordered on June 10, 2015.


Before Justices Puryear, Pemberton and Bourland